**Electronically Filed
Supreme Court
SCWC-12-0000020
16-JAN-2014
07:50 AM**

SCWC-12-0000020

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

LINCOLN PHILLIPS,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000020; CR. NO. 08-1-1430)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Circuit Judge Nishimura in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellee's Application for Writ of Certiorari filed on December 5, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 16, 2014.

Stephen K. Tsushima
for petitioner

Randall K. Hironaka
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Rhonda A. Nishimura

